```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                        HUNTINGTON
```

**KAREN ADAMS, Individually and**
**On Behalf of all others similarly situated,**

    Plaintiff,

v.                                                          Civil Action No. 3:15-cv-3592

**BETSY DEVOS, in her capacity as**
**Secretary of the United States Department**
**of Education,**

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff and the Defendant, by their respective counsel, and being all the parties who have appeared in this action, hereby **STIPULATE** the this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE** with each party to bear its respective costs and fees.

                                                **KAREN ADAMS,**

                                                By Counsel,

                                                /s/ JOHN H. SKAGGS
                                                WV State Bar No. 3432
                                                The Caldwell Practice
                                                500 Randolph Street
                                                Charleston, WV 25302
                                                T: 304/343-4323

```
                              UNITED STATES OF AMERICA and
                              BETSY DEVOS, SECRETARY of the
                              UNITED STATES DEPARTMENT OF
                                   EDUCATION,

                              By counsel,

                              CAROL A. CASTO
                              United States Attorney
                         By:  /s/ GARY L. CALL
                              Assistant United States Attorney
                              WV State Bar No. 589
                              P.O. Box 1713
                              Charleston, West Virginia 25326
                              T: 304/345-2200
                              F: 304/347-5440
Dated: September 28, 2017     E: gary.call@usdoj.gov
```